UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



'03 AUG 25 P4 :05

U S DIST. COURT CLERK
EAST DIST. MICH
DETROIT

Patrick Codere et al,

        Plaintiffs,

v.

City of Ann Arbor, a

Municipal Corporation,

        Defendants.

Case No.: 02-73979

HON. AVERN COHN

*Helveston & Helveston, P.C.*
Ronald R. Helveston (P14860)
Charles T. Oxender (P57440)
Attorneys for Plaintiffs
65 Cadillac Square, Suite 3326
Detroit, MI 48226
(313) 963-7220

*Office of the City Attorney*
Steven Postema (P34941)
Alvan P. Knot (P26522)
Attorneys for Defendant
100 N. Fifth Ave.
Ann Arbor, MI 48104
(734) 994-2670

## STIPULATION AND ORDER
## TO EXTEND DISCOVERY FOR THIRTY (30)
## DAYS

The parties to the above-captioned matter, by and through their attorneys, hereby stipulate to extend discovery in the above mentioned matter for thirty (30) days until September 30, 2003.

Dated: 8/20/03     *Ronald R. Helveston* / permission to sign given
                                Ronald R. Helveston (P14860)  8/20/03
                                Attorney for Plaintiffs

Dated: 8/20/03     *Alvan P. Knot*
                                Alvan P. Knot (P26522)
                                Attorney for Defendant

## ORDER TO EXTEND DISCOVERY FOR THIRTY (30) DAYS

At a Session of Court held in the Federal Courthouse in Detroit, Michigan on the  25  Day of August, 2003.

Present: HON. AVERN COHN

WHEREAS, parties having stipulated to an extension of discovery for thirty (30) days in the above mentioned matter; and

WHEREAS, the Court having reviewed the matter.

IT IS HEREBY ORDERED that the discovery shall be extended for thirty (30) days, through September 30, 2003.

Dated: AUG 25 2003     *Avern Cohn*
                                HON. AVERN COHN