5/13

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



PATRICK CODERE, ET AL,

        Plaintiff,

vs.

CITY OF ANN ARBOR, a
Municipal Corporation,

        Defendants.

Case No.: 02-73979

Hon. **AVERN COHN**



---

*Helveston & Helveston, P.C.*
BY:   Ronald R. Helveston (P 14860)
        Charles T. Oxender (P 57440)
Attorneys for Plaintiff
65 Cadillac Square, Suite 3326
Detroit, Michigan 48226
(313) 963-7220

*Office of the City Attorney*
BY:   Stephen K. Postema (P 38871)
        Alvan P. Knot (P 26522)
Attorney for Defendants
100 N. Fifth Ave.
Ann Arbor, MI 48104
(734) 994-2670

**FILED**

MAR 0 2 2004
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

---

### STIPULATED ORDER OF DISMISSAL

At a session of this Court held in the United States Courthouse, City of Detroit, County of Wayne, and State of Michigan, on the _____ day of MAR 02 2004, 2004.

        PRESENT: Honorable Avern Cohn
                       District Court Judge

Based on the Stipulation of the parties,

IT IS HEREBY ORDERED that this case is dismissed without prejudice.

Honorable Avern Cohn
District Court Judge

Stipulated:

Alvan P. Knot  (P 26522)
Attorney for Defendant

Charles T. Oxender
Attorney for Plaintiff  (P 57440)

u:\atty\apk\coderestip&order.doc

2